Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 10–41873–JKS
        Chapter: 7
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Roberto Lo Sia                              Felicitas Lerma Sia
  39 Carol Road                                39 Carol Road
  Westfield, NJ 07090                     Westfield, NJ 07090

Social Security No.:
  xxx–xx–4049                                   xxx–xx–4945

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       12/15/16
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
LeClairRyan
Trustee's Attorney

COMMISSION OR FEES
$5,890.50

EXPENSES
$31.61

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 15, 2016
JJW:

James J. Waldron
Clerk

Case 10-41873-JKS    Doc 142    Filed 11/17/16    Entered 11/18/16 00:46:11    Desc
Imaged Certificate of Notice    Page 2 of 5

```
Case 10-41873-JKS    Doc 142    Filed 11/17/16    Entered 11/18/16 00:46:11    Desc
                     Imaged Certificate of Notice    Page 3 of 5
```

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 10-41873-JKS
Roberto Lo Sia                                                        Chapter 7
Felicitas Lerma Sia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 3          Date Rcvd: Nov 15, 2016
                            Form ID: 137             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.
```
db/jdb         +Roberto Lo Sia,    Felicitas Lerma Sia,    39 Carol Road,    Westfield, NJ 07090-1819
aty            +Forman Holt Eliades & Youngman, LLC,    80 Route 4 East,    Suite 290,    Paramu, NJ 07652-2661
aty            +LeClairRyan, a Professional Corporation,    1037 Raymond Boulevard, Sixteenth Floor,,
                 Newark, NJ 07102-5423
aty            +Luke D. Griffith,    Morton & Craig, LLC,    110 Mater Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
cr              Bank of America,    PO Box 15312,    Wilmington, DE 19850-5312
cr             +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
op              Leo O McCabe,    PO Box 1528,    Morristown, NJ 07962-1528
511284068      +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
511284069      +American Express,    c/o Beckett & Lee,    PO Box 3001,    Malvern, PA 19355-0701
511639958       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
511284070      +BAC Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
511440677      +BAC Home Loans Servicing, LP, et al,    7105 Corporate Drive, TX2-982-03-03,
                 Plano, TX 75024-4100
511284071     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     4161 Piedmont Parkway,    Greensboro, NC 27410)
511284073       Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
511284072      +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
511284074      +Bank of America,    PO Box 25118,    Tampa, FL 33622-5118
511547652       Bank of America, N.A.,    P.O. Box 15312,    Wilmington, DE 19850-5312
511284080     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank USA,     Attn.: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
511284076      +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
511284077      +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
511409416       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
511284078      +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
511284079      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
511318646      +Department Stores National Bank/American Express,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
511318647      +Department Stores National Bank/Bloomingdales,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
511318642      +Department Stores National Bank/Macys,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
511284082      +FIA CSNA,    Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
511363303      +Fia Card Services, NA As Successor In Interest to,    Bank of America NA and Mbna America Bank,
                 1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
511284083      +Macys/FDSB,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
511284084       Municipal Blfg,    East Broad Street,    Westfield, NJ 07090
514127893     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX  75261-9741)
511284085      +Sunoco/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
511317443      +Town of Westfield,    Tax Collector,    425 East Broad Street,    Westfield, NJ 07090-2123
511284086      +VISDSNB,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
511763217       eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
511575976       eCAST Settlement Corporation assignee of Citibank,     (South Dakota) NA,    POB 29262,
                 New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2016 23:45:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2016 23:45:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
intp           +E-mail/Text: BNC@magtrustee.com Nov 15 2016 23:46:03      Marie-Ann Greenberg,
                 30 Two Bridges Road, Suite 330,    Fairfield, NJ 07004-1550
511528754      +E-mail/Text: bncmail@w-legal.com Nov 15 2016 23:45:24      CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
511343202      +E-mail/Text: bk.notifications@jpmchase.com Nov 15 2016 23:45:05      CHASE AUTO FINANCE,
                 201 N CENTRAL AVE AZ1-1191,    PHOENIX AZ 85004-1071
511284075      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2016 23:43:22      Capital One, N.A.,
                 C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
511296266       E-mail/Text: mrdiscen@discover.com Nov 15 2016 23:44:32      Discover Bank,    Dfs Services LLC,
                 PO Box 3025,    New Albany, OH  43054-3025
511284081      +E-mail/Text: mrdiscen@discover.com Nov 15 2016 23:44:32      Discover Financial,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
511496095      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2016 23:43:27
                 Midland Funding, LLC by American InfoSource LP,    PO Box 248897,
                 Oklahoma City, OK  73124-8897
514973007       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 00:01:10
                 Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
                 Norfolk VA 23541
```

```
District/off: 0312-2          User: admin             Page 2 of 3                Date Rcvd: Nov 15, 2016
                              Form ID: 137            Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
511489323          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2016 23:43:31
                     Portfolio Recovery Associates, LLC.,   P.O. Box 41067,   Norfolk, VA 23541
511591388         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 00:00:58
                     PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   c/o Thd,
                     POB 41067,    Norfolk VA 23541-1067
513808724         +E-mail/Text: bncmail@w-legal.com Nov 15 2016 23:45:35      Vanda, LLC,
                     c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
511284087          E-mail/Text: bankruptcydept@wyn.com Nov 15 2016 23:45:37     Wyndham Vacation Resorts,
                     PO Box 98940,   Las Vegas, NV 89193
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                    Seattle, WA 98121-3132
514127894*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
514980552*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,
                    POB 41067,    Norfolk VA 23541)
511489330*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC.,    P.O. Box 41067,
                    Norfolk, VA 23541)
511590187*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC.,    P.O. Box 41067,
                    Norfolk, VA 23541)
511854908*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC.,    P.O. Box 41067,
                    Norfolk, VA 23541)
511317444*       +Town of Westfield,    Tax Collector,   425 East Broad Street,   Westfield, NJ 07090-2123
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              Andy   Winchell    on behalf of Debtor Roberto Lo Sia andy@winchlaw.com,
               awinchellcf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Plaintiff Felicitas Lerma Sia andy@winchlaw.com,
               awinchellcf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Other Prof. Leo O McCabe andy@winchlaw.com,
               awinchellcf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Plaintiff Roberto Lo Sia andy@winchlaw.com,
               awinchellcf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Joint Debtor Felicitas Lerma Sia andy@winchlaw.com,
               awinchellcf@gmail.com;katharine@winchlaw.com
              Barbara K. Hager    on behalf of Defendant    PARKER MCCAY PA bhager@reedsmith.com,
               eselfridge@reedsmith.com
              Barbara K. Hager    on behalf of Creditor    BAC Home Loans Servicing, LP, et al
               bhager@reedsmith.com,    eselfridge@reedsmith.com
              Barbara K. Hager    on behalf of Unknown Role Type    WELLS FARGO BANK, N.A. bhager@reedsmith.com,
               eselfridge@reedsmith.com
              Barbara K. Hager    on behalf of Defendant    BAC HOME LOAN SERVICING bhager@reedsmith.com,
               eselfridge@reedsmith.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,   nj45@ecfcbis.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Nov 15, 2016
                              Form ID: 137             Total Noticed: 50


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Brian E Caine    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, Et Al...
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Diana C. Manning    on behalf of Defendant    PARKER MCCAY PA dmanning@bressler.com,
               bdilorenzo@bressler.com;sbieber@bressler.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Kim R. Lynch    on behalf of Trustee Benjamin A. Stanziale, Jr. kim.lynch@leclairryan.com,
               kathryn.anema@leclairryan.com
              Lauren Silver Zabel    on behalf of Defendant    BAC HOME LOAN SERVICING lzabel@reedsmith.com
              Stuart I. Seiden    on behalf of Creditor    BAC Home Loans Servicing, LP, et al
               siseiden@duanemorris.com
                                                                                             TOTAL: 18
```

Case 10-41873-JKS    Doc 142    Filed 11/17/16    Entered 11/18/16 00:46:11    Desc
Imaged Certificate of Notice    Page 5 of 5