| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **LECLAIRRYAN, A PROFESSIONAL CORPORATION**<br>1037 Raymond Boulevard<br>Sixteenth Floor<br>Newark, NJ 07102<br>Telephone (973) 491-3600<br>Facsimile (973) 491-3526<br>Kim R. Lynch, Esq. (KL-5866)<br>kim.lynch@leclairryan.com<br>Attorneys for Benjamin S. Stanziale, Jr.<br>Chapter 7 Trustee | Order Filed on December 16,<br>2016 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>ROBERTO LO SIA and FELICITAS LERMA SIA<br><br>               Debtor. | Chapter 7<br><br>Case No. 10-41873 (JKS)<br><br>Judge:  John K. Sherwood<br><br>Hearing Date:  December 15, 2016<br>Hearing Time: 10:00 a.m. |

**ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO LECLAIRRYAN, A PROFESSIONAL CORPORATION,
<u>ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE</u>**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 16, 2016**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

19517079_1

**(Page 2)**

Debtor: Roberto Lo Sia and Felicitas Lerma Sia

Case No: 10-41873 (JKS)

Caption of Order: Order Granting Final Compensation and Reimbursement of Expenses to LeClairRyan, A Professional Corporation, Attorneys for Charles M. Forman, Chapter 7 Trustee

**UPON CONSIDERATION** of the application of LeClairRyan, A Professional Corporation, counsel for Benjamin A. Stanziale, Jr., chapter 7 trustee of Roberto Lo Sia and Felicitas Lerma Sia for entry of an order awarding final compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a); and due notice having been given; and for good cause having been show; it is

**ORDERED** that LeClairRyan, A Professional Corporation, be and hereby is awarded final compensation in the amount of $ 5,890.50 ; and it is further

**ORDERED** that LeClairRyan, A Professional Corporation, be and hereby is awarded reimbursement of expenses in the amount of $31.61 .