| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| L<small>E</small>C<small>LAIR</small>R<small>YAN</small>, A P<small>ROFESSIONAL</small> C<small>ORPORATION</small><br>1037 Raymond Boulevard<br>Sixteenth Floor<br>Newark, NJ 07102<br>Telephone (973) 491-3600<br>Facsimile (973) 491-3526<br>Kim R. Lynch, Esq. (KL-5866)<br>kim.lynch@leclairryan.com<br>Attorneys for Benjamin S. Stanziale, Jr.<br>Chapter 7 Trustee |

Order Filed on December 16,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

ROBERTO LO SIA and FELICITAS LERMA SIA

              Debtor.

Chapter 7

Case No. 10-41873 (JKS)

Judge:  John K. Sherwood

Hearing Date:  December 15, 2016
Hearing Time: 10:00 a.m.

**ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO LECLAIRRYAN, A PROFESSIONAL CORPORATION,
<u>ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE</u>**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 16, 2016**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

19517079_1

**(Page 2)**

Debtor: Roberto Lo Sia and Felicitas Lerma Sia
Case No: 10-41873 (JKS)
Caption of Order: Order Granting Final Compensation and Reimbursement of Expenses to LeClairRyan, A Professional Corporation, Attorneys for Charles M. Forman, Chapter 7 Trustee

**UPON CONSIDERATION** of the application of LeClairRyan, A Professional Corporation, counsel for Benjamin A. Stanziale, Jr., chapter 7 trustee of Roberto Lo Sia and Felicitas Lerma Sia for entry of an order awarding final compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a); and due notice having been given; and for good cause having been show; it is

**ORDERED** that LeClairRyan, A Professional Corporation, be and hereby is awarded final compensation in the amount of $ 5,890.50 ; and it is further

**ORDERED** that LeClairRyan, A Professional Corporation, be and hereby is awarded reimbursement of expenses in the amount of $31.61 .

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 10-41873-JKS
Roberto Lo Sia                                                          Chapter 7
Felicitas Lerma Sia
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Dec 16, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db/jdb         +Roberto Lo Sia,    Felicitas Lerma Sia,   39 Carol Road,    Westfield, NJ 07090-1819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              Andy   Winchell    on behalf of Plaintiff Roberto Lo Sia andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Joint Debtor Felicitas Lerma Sia andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Debtor Roberto Lo Sia andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Plaintiff Felicitas Lerma Sia andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Other Prof. Leo O McCabe andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Barbara K. Hager    on behalf of Unknown Role Type    WELLS FARGO BANK, N.A. bhager@reedsmith.com,
               eselfridge@reedsmith.com
              Barbara K. Hager    on behalf of Defendant    BAC HOME LOAN SERVICING bhager@reedsmith.com,
               eselfridge@reedsmith.com
              Barbara K. Hager    on behalf of Defendant    PARKER MCCAY PA bhager@reedsmith.com,
               eselfridge@reedsmith.com
              Barbara K. Hager    on behalf of Creditor    BAC Home Loans Servicing, LP, et al
               bhager@reedsmith.com,   eselfridge@reedsmith.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Brian E Caine    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, Et Al...
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Diana C. Manning    on behalf of Defendant    PARKER MCCAY PA dmanning@bressler.com,
               bdilorenzo@bressler.com;sbieber@bressler.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Kim R. Lynch    on behalf of Trustee Benjamin A. Stanziale, Jr. kim.lynch@leclairryan.com,
               kathryn.anema@leclairryan.com
              Lauren Silver Zabel    on behalf of Defendant    BAC HOME LOAN SERVICING lzabel@reedsmith.com
              Stuart I. Seiden    on behalf of Creditor    BAC Home Loans Servicing, LP, et al
               siseiden@duanemorris.com
                                                                                              TOTAL: 18