UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 17, 2017 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Benjamin A. Stanziale, Jr.
29 Northfield Avenue, Suite 201
West Orange, NJ 07052
Chapter 7 Trustee

| | |
|---|---|
| In Re: | Case No.: 10-41873-JKS |
| ROBERTO LO SIA AND FELICITAS LERMA SIA | Chapter 7 |
| Debtor. | Judge: JOHN K. SHERWOOD |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: March 17, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: SIA, ROBERTO LO
Case No.: 10-41873-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is hereby

**ORDERED** that the sum of $1,258.09 is reasonable compensation for the services in this case by Benjamin A. Stanziale, Jr. , trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code; and it is further

**ORDERED** that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and it is further

**ORDERED** that such sums are awarded to the Trustee.