UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 17, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Benjamin A. Stanziale, Jr.
29 Northfield Avenue, Suite 201
West Orange, NJ 07052
Chapter 7 Trustee

In Re:

ROBERTO LO SIA AND FELICITAS LERMA SIA

                Debtor.

Case No.: 10-41873-JKS

Chapter 7

Judge: JOHN K. SHERWOOD

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: March 17, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: SIA, ROBERTO LO
Case No.: 10-41873-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is hereby

**ORDERED** that the sum of $1,258.09 is reasonable compensation for the services in this case by Benjamin A. Stanziale, Jr. , trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code; and it is further

**ORDERED** that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and it is further

**ORDERED** that such sums are awarded to the Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 10-41873-JKS
Roberto Lo Sia                                                                   Chapter 7
Felicitas Lerma Sia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 1               Date Rcvd: Mar 17, 2017
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db/jdb         #+Roberto Lo Sia,    Felicitas Lerma Sia,    39 Carol Road,    Westfield, NJ 07090-1819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
              Andy   Winchell    on behalf of Plaintiff Roberto Lo Sia andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Joint Debtor Felicitas Lerma Sia andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Debtor Roberto Lo Sia andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Plaintiff Felicitas Lerma Sia andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Other Prof. Leo O McCabe andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Barbara K. Hager    on behalf of Unknown Role Type    WELLS FARGO BANK, N.A. bhager@reedsmith.com,
               eselfridge@reedsmith.com;beth-selfridge-4248@ecf.pacerpro.com
              Barbara K. Hager    on behalf of Defendant    BAC HOME LOAN SERVICING bhager@reedsmith.com,
               eselfridge@reedsmith.com;beth-selfridge-4248@ecf.pacerpro.com
              Barbara K. Hager    on behalf of Defendant    PARKER MCCAY PA bhager@reedsmith.com,
               eselfridge@reedsmith.com;beth-selfridge-4248@ecf.pacerpro.com
              Barbara K. Hager    on behalf of Creditor    BAC Home Loans Servicing, LP, et al
               bhager@reedsmith.com,    eselfridge@reedsmith.com;beth-selfridge-4248@ecf.pacerpro.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Brian E Caine    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, Et Al...
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Diana C. Manning    on behalf of Defendant    PARKER MCCAY PA dmanning@bressler.com,
               bdilorenzo@bressler.com;sbieber@bressler.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Kim R. Lynch    on behalf of Trustee Benjamin A. Stanziale, Jr. kim.lynch@leclairryan.com,
               kathryn.anema@leclairryan.com
              Lauren Silver Zabel    on behalf of Defendant    BAC HOME LOAN SERVICING lzabel@reedsmith.com
              Stuart I. Seiden    on behalf of Creditor    BAC Home Loans Servicing, LP, et al
               siseiden@duanemorris.com
                                                                                               TOTAL: 18